lants. *James W. Kynes,* Attorney General of Florida, and *James G. Mahorner,* Assistant Attorney General, for appellee.

No. 909. AMERICAN COMMITTEE FOR PROTECTION OF FOREIGN BORN *v.* SUBVERSIVE ACTIVITIES CONTROL BOARD. United States Court of Appeals for the District of Columbia Circuit. Certiorari granted. *Joseph Forer* and *David Rein* for petitioner. *Solicitor General Cox, Assistant Attorney General Yeagley, Kevin T. Maroney, George B. Searls* and *Lee B. Anderson* for respondent.

No. 1093, Misc. SWAIN *v.* ALABAMA. Motion for leave to proceed *in forma pauperis* and petition for writ of certiorari to the Supreme Court of Alabama granted. Case transferred to the appellate docket. *Jack Greenberg, Constance Baker Motley, James M. Nabrit III, Orzell Billingsley, Jr.* and *Peter A. Hall* for petitioner. *Richmond M. Flowers,* Attorney General of Alabama, and *Leslie Hall,* Assistant Attorney General, for respondent.

No. 903. OREGON SAW CHAIN CORP. *v.* McCULLOCH MOTORS CORP. C. A. 9th Cir. Certiorari denied. *Lewis E. Lyon* for petitioner. *R. Welton Whann* for respondent.

No. 832. KTISTAKIS *v.* UNITED CROSS NAVIGATION CORP. ET AL. C. A. 2d Cir. Certiorari denied. *Jacob Rassner* for petitioner. *John R. Sheneman* for respondent United Cross Navigation Corp.